# United States Court of Appeals
## For The District of Columbia Circuit
_____

**No. 22-1073**                          **September Term, 2023**

EPA-87FR34872
EPA-87FR34873
EPA-87FR24294
EPA-87FR24300

Filed On: January 25, 2024 [2037350]

Sinclair Wyoming Refining Company LLC and Sinclair Casper Refining Company LLC,

       Petitioners

   v.

Environmental Protection Agency,

       Respondent

------------------------------

American Coalition for Ethanol, et al.,
       Intervenors

------------------------------

Consolidated with 22-1075, 22-1100, 22-1102, 22-1109, 22-1114, 22-1115, 22-1122, 22-1128, 22-1129, 22-1130, 22-1132, 22-1133, 22-1135, 22-1165, 22-1181, 22-1183, 22-1185, 22-1186, 22-1187, 22-1188, 22-1189, 22-1190, 22-1191, 22-1192, 22-1194, 22-1195, 22-1197, 22-1199, 22-1219, 22-1238, 22-1240, 22-1246

**No. 22-1074**

EPA-87FR24294
EPA-87FR34872

Sinclair Wyoming Refining Company LLC,

       Petitioner

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 22-1073**                                                          **September Term, 2023**

v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,

    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on April 16, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)