# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 22-1074** | **September Term, 2023** |
| | EPA-87FR34872 |
| | EPA-87FR24294 |
| | **Filed On: February 7, 2024** [2039223] |

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,
    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179

## No. 24-1008

EPA-87FR24294

Wynnewood Refining Company, LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 24-1010

**BEFORE:**　　Pillard, Rao, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint motion for consolidation, it is

**ORDERED** that the joint motion to consolidate be granted and the above-captioned cases be consolidated.

**Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　Deputy Clerk