| No. 22-1074 | September Term, 2023 |
|---|---|
| | EPA-87FR24294 |
| | EPA-87FR34872 |
| | **Filed On:** February 8, 2024 |

Sinclair Wyoming Refining Company LLC,

    Petitioner

    v.

Environmental Protection Agency,

    Respondent

------------------------------

American Petroleum Institute and Kern Oil & Refining Co.,
    Intervenors

------------------------------

Consolidated with 22-1125, 22-1126, 22-1127, 22-1179, 24-1008, 24-1010

# O R D E R

Upon consideration of the order of the U.S. Court of Appeals for the Fifth Circuit, transferring case No. 24-1008, *Wynnewood Refining Company, LLC v. EPA* and No. 24-1010, *Wynnewood Refining Company, LLC v. EPA*, to the U.S. Court of Appeals for the D.C. Circuit; and the Court's February 7, 2024 order consolidating case Nos. 24-1008 and 24-1010 with No. 22-1074, it is

**ORDERED**, on the court's own motion, that the parties in Nos. 24-1008 and 24-1010 are directed to re-file their briefs, any addenda, and appendices originally filed in the Fifth Circuit, in electronic form, within 7 days of the date of this order. See Fed. R. App. P. 32. The parties are advised that the Court may, at a later date, request paper copies of these documents.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Michael McGrail
        Deputy Clerk