**No. 22-1074**                      **September Term, 2023**

EPA-87FR34872
EPA-87FR24294

Filed On: July 26, 2024 [2066682]

Sinclair Wyoming Refining Company LLC,

      Petitioner

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Petroleum Institute and Kern Oil
& Refining Co.,
      Intervenors

------------------------------

Consolidated with 22-1125, 22-1126,
22-1127, 22-1179, 24-1008, 24-1010

# O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk
            BY:     /s/
                                      Daniel J. Reidy
                                      Deputy Clerk